IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE OSAGE NATION acting through the OSAGE MINERALS COUNCIL,<br><br>       Plaintiff,<br><br>v.<br><br>WIND CAPITAL GROUP, LLC, a Delaware limited liability company; and OSAGE WIND, LLC, a Delaware limited liability company; and WC INVESTMENT MANAGEMENT, LLC, fka WIND CAPITAL INVESTMENT MANAGEMENT, LLC, aka/fka WIND CAPITAL INVESTMENT GROUP, LLC, a Missouri limited liability company,<br><br>       Defendants. | CASE NO. 11-CV-643-GKF-PJC |

## JUDGMENT

This matter came before the Court for non-jury trial on Plaintiff's claims for declaratory judgment and injunctive relief. At the close of Plaintiff's case, Defendant WC Investment Management, LLC moved for judgment as a matter of law pursuant to Fed.R.Civ.P. 50(a). Without objection, and there being no evidence that WC Investment Management, LLC was a proper defendant, the Court granted the motion.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Judgment is entered for Defendant WC Investment Management, LLC. All claims by Plaintiff against WC Investment Management, LLC are dismissed on the merits.

ENTERED at Tulsa, Oklahoma, this 16th day of December, 2011.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma

{970933;}