**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| THE OSAGE NATION, acting through the OSAGE MINERALS COUNCIL,<br><br>    Plaintiff,<br><br>v.<br><br>WIND CAPITAL GROUP, LLC, a Delaware limited liability company; OSAGE WIND, LLC, a Delaware limited liability company; and WC INVESTMENT MANAGEMENT, LLC, fka WIND CAPITAL INVESTMENT MANAGEMENT, LLC, aka/fka WIND CAPITAL INVESTMENT GROUP, LLC, a Missouri limited liability company,<br><br>    Defendants. | Case No. 11-CV-643-GKF-PJC |

## JUDGMENT

This matter has come before the court for non-jury trial on plaintiff's claims for declaratory judgment and injunctive relief. An order outlining the court's Findings of Fact and Conclusions of Law has been entered.

It is ordered that plaintiff The Osage Nation recover nothing, the action be dismissed on the merits, and the defendants Wind Capital Group, LLC, and Osage Wind, LLC, recover costs from the plaintiff The Osage Nation.

ENTERED this 20th day of December, 2011.

_Gregory K. Frizzell_
Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma