Merrill C. Godfrey (admitted *pro hac vice*)
(D.C. Bar No. 464758)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
(202) 887-4195
mgodfrey@akingump.com

*Attorney for Plaintiff*
*THE OSAGE NATION*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **THE OSAGE NATION** acting through the **OSAGE MINERALS COUNCIL**,<br><br>    Plaintiff,<br><br> v.<br><br>**WIND CAPITAL GROUP, LLC**, a Delaware limited liability company;<br>**OSAGE WIND, LLC**, a Delaware limited liability company; and<br>**WC INVESTMENT MANAGEMENT, LLC**, fka **WIND CAPITAL INVESTMENT MANAGEMENT, LLC**, aka/fka **WIND CAPITAL INVESTMENT GROUP, LLC**, a Missouri limited liability company,<br><br>    Defendants. | Case No.  11-CV-643-GKF-PJC<br><br>NOTICE OF APPEAL |

**PLAINTIFF'S NOTICE OF APPEAL**

  Plaintiff the Osage Nation hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment in this action memorialized in this Court's Findings of Fact and Conclusions of Law and Judgment filed on December 20, 2011.

Dated: January 19, 2012

                                  Respectfully Submitted,

                        By:  /s/ *Merrill Godfrey*
                          Merrill C. Godfrey (admitted *pro hac vice*)
                          (D.C. Bar No. 464758)
                          AKIN GUMP STRAUSS HAUER & FELD LLP
                          1333 New Hampshire Avenue, N.W.
                          Washington, D.C. 20036-1564
                          (202) 887-4195
                          mgodfrey@akingump.com

                          *Attorney for Plaintiff*
                          *THE OSAGE NATION*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2012, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

                Craig A. Fitzgerald, Esq.
                Mia Vahlberg, Esq.
                GableGotwals
                1100 Oneok Plaza
                100 West Fifth Street
                Tulsa, Oklahoma 74103
                cfitzgerald@gablelaw.com
                mvahlberg@gablelaw.com

                                  s/Cynthia Pullom
                                  Cynthia Pullom