**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**February 23, 2012**

**Elisabeth A. Shumaker**
**Clerk of Court**

---

| | |
|---|---|
| THE OSAGE NATION, acting through the Osage Minerals Council, | |
| Plaintiff - Appellant, | |
| v. | |
| WIND CAPITAL GROUP, LLC, a Delaware limited liability company; OSAGE WIND, LLC, a Delaware limited liability company; WC INVESTMENT MANAGEMENT, LLC, f/k/a Wind Capital Investment Management, LLC, f/k/a Wind Capital Investment Group, LLC, a Missouri limited liability company, | No.  12-5007 (D.C. No. 4:11-CV-00643-GKF-PJC) |
| Defendants - Appellees. | |

---

**ORDER**

---

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the above-captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal.  A copy of this order will stand as

the mandate of the court.

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker　　　　　　　　February 23, 2012　　　　　　　　Douglas E. Cressler
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

Mr. Merrill C. Godfrey
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

Ms. Patricia Ann Millett
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564

**RE:**　　12-5007, Osage Nation v. Wind Capital Group, et al
　　　　　Dist/Ag docket: 4:11-CV-00643-GKF-PJC

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　Elisabeth A. Shumaker
　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

cc:　　Craig A. Fitzgerald
　　　　Mia Vahlberg

EAS/jm