### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. **THE OSAGE NATION** acting through the **OSAGE MINERALS COUNCIL**,<br><br>  Plaintiff,<br><br>v.<br><br>1. **WIND CAPITAL GROUP, LLC**, a Delaware limited liability company;<br>2. **OSAGE WIND, LLC**, a Delaware limited liability company; and<br>3. **WC INVESTMENT MANAGEMENT, LLC**, fka **WIND CAPITAL INVESTMENT MANAGEMENT, LLC**, aka/fka **WIND CAPITAL INVESTMENT GROUP, LLC**, a Missouri limited liability company,<br><br>  Defendants. | Case No. 11-CV-643-GKF-PJC |

### AGREED ORDER ON DEFENDANTS' BILL OF COSTS

**NOW** on the 29th day of February, 2012, the Court has before it the Joint Motion to Enter Agreed Order on Defendants' Bill of Costs. (Dkt. No. 57)  As a result of the Judgment entered in favor of Defendant WC Investment Management, LLC on December 16, 2011, and the Judgment in favor of Defendants Wind Capital Group, LLC, and Osage Wind, LLC on December 20, 2011, Defendants moved this Court (on December 30, 2011) to tax costs in favor of Defendants and against in the total amount of $9,241.12.  (Dkt. No. 38)  On February 2, 2012, Plaintiff The Osage Nation, acting through the Osage Mineral Council, filed its Objection to Defendants' Bill of Costs.  (Dkt. No. 50)  The parties have since apprised the Court that they have agreed to an award of costs to Defendants in the total amount of $6,174.78.

{981219;}

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Joint Motion to Enter Agreed Order on Defendants' Bill of Costs is GRANTED, and that Plaintiff is hereby directed to pay Defendants for their costs in the total amount of $6,174.78.

DATED this 29th day of February, 2012.

Phil Lombardi, Clerk of Court

Craig A. Fitzgerald, OBA No. 15233
Mia Vahlberg, OBA No. 20357
GABLEGOTWALS
100 West Fifth Street
Tulsa, Oklahoma  74103-4217
(918) 595-4800
*Attorneys for Defendants*

Patrick O'Connor, OBA No. 6743
Moyers, Martin, Santee & Imel, LLP
401 S. Boston Ave., Ste. 1100
Tulsa, OK 74103
(918) 582-5281 Telephone
(918) 585-8318 Facsimile
*Attorney for Plaintiff*